1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10                              WESTERN DIVISION

11

12   SHAUN CARTER,                    )   Case No. CV 15-00165 PSG (AN)
                                      )
13              Petitioner,           )   JUDGMENT
                                      )
14         v.                         )
                                      )
15   IVES, Warden,                    )
                                      )
16              Respondent.           )
                                      )
17   _____)

18         IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed for the

19   reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

20

21

22   Dated: January 20, 2015

23                                        _____
                                          PHILIP S. GUTIERREZ
                                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28